McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-po-00205-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| STACEY FLEMING, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00205-SAB against STACEY FLEMING, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED:  December 4, 2020          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ William B. Taylor
                                  WILLIAM B. TAYLOR
                                  Special Assistant U.S. Attorney

1

**O R D E R**

**IT IS HEREBY ORDERED** that Case No. 1:20-po-00205-SAB against STACEY FLEMING be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

_____
UNITED STATES MAGISTRATE JUDGE